JUDGE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JERSON CHAVARRIA-RODRIGUEZ, <br><br> Defendant. | No. CR19-132-RSL <br><br> (~~PROPOSED~~) ORDER GRANTING MOTION FOR RETURN OF PASSPORT |

THE COURT has considered the Defendant's motion to return passport and reviewed the files and records herein.

THE COURT GRANTS the motion and directs the Clerk of the Court to return the passport directly to the Defendant, or to make the passport available for the Defendant to pick up in person.

DONE this 5th day of March, 2020.

_____
ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Jesse Cantor*
Assistant Federal Public Defender
Attorney for Jerson Chavarria-Rodriguez

ORDER TO RETURN PASSPORT
(*USA v. Chavarria-Rodriguez*, No. CR19-132-RSL) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100