The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | NO. CR19-132 RSL |
|---|---|
| Plaintiff, | |
| v. | STIPULATED ORDER CONTINUING TERMS OF SUPERVISED RELEASE |
| JERSON CHAVARRIA-RODRIGUEZ, | |
| Defendant. | |

The Court, having considered the parties' stipulated motion, HEREBY ORDERS that the terms of supervised release continue in full effect.

The pending disposition hearing is hereby STRICKEN.

DATED this 20th day of May, 2020.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

Presented by:

*s/ Seungjae Lee*
SEUNGJAE LEE
Assistant United States Attorney

Order - 1
U.S. v. Chavarria-Rodriguez,   CR19-132 RSL

UNITED STATES ATTORNEY
700 STEWART ST., SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970